HOWARD C. MISKIN (HM7038)
GLORIA TSUI-YIP (GT9377)
Attorneys for Plaintiff
Stoll, Miskin & Badie
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, New York 10118
(212) 268-0900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED COMPANY FOR FOOD INDUSTRY
CORPORATION,

            Plaintiff,

   v.

COLD ALEX FOR FOOD PROCESSING and
MISRCO FOR EXPORT

           Defendants.
-----------------------------------------------------------X

Civil Action No. 05 CV 2621
(ARR)(CLP)

*[handwritten: So ordered, [signature], USDJ, 1/11/06]*

## NOTICE OF DISMISSAL

Plaintiff, UNITED COMPANY FOR FOOD INDUSTRY CORPORATION (hereinafter "United" or "Plaintiff"), hereby notifies the Court of the voluntary dismissal without prejudice of the above identified action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Plaintiff filed a Complaint in this Court on May 31, 2005. Plaintiff did not serve the Complaint on neither Defendants nor has any of the Defendants filed an Answer to the Complaint.

Plaintiff's voluntary dismissal of this case is without prejudice to refiling an action against Defendants.

Dated: January 5, 2006
      New York, New York

                                  /s/
                          Howard C. Miskin (HM7038)
                          Gloria Tsui-Yip (GT9377)
                          STOLL, MISKIN & BADIE
                          Attorneys for Plaintiff
                          350 Fifth Avenue, Suite 4710
                          New York, New York 10118-0110
                          (212)268-0900

T:\united company for food industry\notice of dismissal010506.doc